Case 3:25-cv-00590-DKG   Document 1-1   Filed 10/21/25   Page 1 of 11

Electronically Filed
6/23/2025 1:33 PM
Second Judicial District, Nez Perce County
Patty Weeks, Clerk of the Court
By: Kaylee Brewster, Deputy Clerk

PAUL THOMAS CLARK
Idaho State Bar No. 1329
CLARK and FEENEY, LLP
Attorneys for Plaintiff
The Train Station, Suite 201
13th and Main Streets
P. O. Drawer 285
Lewiston, Idaho 83501
Telephone: (208)743-9516
Via Email: darla@clarkandfeeney.com

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| HECKMAN CATTLE COMPANY, an Idaho Corporation; and DION HECKMAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AGCO CORPORATION, a Delaware corporation; AGRI-SERVICE, LLC, an Idaho Limited Liability Company, and JOHN DOES 1-3, <br><br> Defendant. | Case No. CV35-25-0979 <br><br> **COMPLAINT FOR DAMAGES -and- DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiffs HECKMAN CATTLE CO., an Idaho Corporation, and DION HECKMAN, an individual, by and through their attorney of record, Paul Thomas Clark of Clark & Feeney, LLP, and bring this action against Defendants AGCO CORPORATION, a Delaware corporation, and AGRI-SERVICE, LLC, an Idaho Limited Liability Company. Plaintiffs' allegations are based upon personal knowledge as to their own conduct and on information and belief as to the actions of others.

Complaint -1-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501

I.

PARTIES

1. Plaintiff Heckman Cattle Company (hereinafter "Heckman Cattle") is a family-owned cattle ranching operation based in White Bird, Idaho. It is an Idaho Corporation with a principle place of business in White Bird, Idaho. The company specializes in beef cattle production and livestock transportation.

2. Plaintiff Dion Heckman is an individual residing in Idaho County, State of Idaho. He maintains an ownership interest in Heckman Cattle.

3. Defendant AGCO Corporation (hereinafter "AGCO") is a Delaware corporation that maintains its principal place of business at 4205 River Green Parkway, Duluth, Georgia. Defendant AGCO is a foreign corporation registered with the Idaho Secretary of State under its file number 0000305233, and as such is authorized to do and does business within the State of Idaho. Defendant AGCO is a corporation engaged in the business of the design, manufacture, distribution, and sale of agricultural machinery, including the Rotary Swather RW235 involved in the herein subject incident. AGCO conducts substantial business within the State of Idaho and is subject to the jurisdiction of this Court.

4. Defendant Agri-Service, LLC (hereinafter "Agri-Service") is now and at all times herein mentioned was a limited liability company organized and existing under and by virtue of the laws of the State of Idaho, as registered with the Secretary of State of the State of Idaho under file number 0000383294. Plaintiffs are informed and believe and thereon allege that Defendant Agri-Service is the direct successor-in-interest to the former business, Diesel and Machine, Incorporated, an Idaho corporation (hereinafter "Diesel and Machine"). Plaintiffs are further informed and believe and thereon allege Defendant Agri-Service's acquisition of Diesel

Complaint -2-

and Machine was finalized on or about June 29, 2023, whereby Agri-Service took over all of Diesel and Machine's accounts, contracts, inventory, and primary business location, as located within the City of Lewiston, County of Nez Perce, State of Idaho, and within the jurisdiction and venue of the above entitled Court. Plaintiffs are further informed and believe, and based thereon allege, that Diesel and Machine's corporate status, in name, was changed to Inactive-Dissolved by the Idaho Secretary of State on October 4, 2023, and Defendant Agri-Service continues to operate as Diesel and Machine's successor-in-interest to this day.

5.   The true names of Defendants identified as John Does 1 through 3 are unknown at this time, but will be named specifically when said names become known, through discovery or otherwise. If their identities are discovered, Plaintiff reserves the right to amend this Complaint and substitute the true and actual names of the John Doe entities as actual parties in this action.

II.

JURISDICTION AND VENUE

6.   This Court has personal jurisdiction over AGCO under Idaho Code §5-514 because AGCO engages in the transaction of business within Idaho for the purpose of realizing pecuniary benefit or attempting to accomplish, transact or enhance the business purpose or objective of the company. AGCO has a sufficient amount of contacts in Idaho, including through Defendant Agri-Service of Idaho, and otherwise intentionally avails itself to the markets of Idaho through promotion, sale, markets and distribution of its products such that the exercise of jurisdiction by this Court is proper and necessary.

7.   Venue is proper in this Court under Idaho Code §5-404 because the events giving rise to this cause of action occurred in this judicial district. This Court further has personal jurisdiction over Defendants under Idaho Code §5-514 because Defendants engage in the

Complaint -3-

transaction of business within Idaho for the purpose of realizing pecuniary benefit or attempting to accomplish, transact or enhance the business purpose or objective of the company.

8. Plaintiff Heckman Cattle purchased machinery from Defendant Agri-Service's predecessor-in-interest, Diesel and Machine, within the City of Lewiston, County of Nez Perce, which machinery was manufactured by Defendant AGCO, and which ultimately injured Plaintiff Dion Heckman.

9. The amount in controversy exceeds ten thousand ($10,000), in an amount to be proven at trial, which amount exceeds the jurisdiction of the Magistrate Court.

III.

FACTUAL ALLEGATIONS

10. Defendant AGCO is a major farm equipment manufacturing company in the United States and around the world. It sells under a variety of brand names in the United States, including Fendt, PTX, Valtra, AGCO Power, Gleaner, Massey Ferguson, PTX Trimble, and Precision Planting. The focus of this case however is on the brand Massey Ferguson.

11. Defendant Agri-Service's predecessor-in-interest, Diesel and Machine, was established over 30 years ago, specializing in diesel engine repair, machine shop services, and the sale of agricultural equipment, including Massey Ferguson.

12. Within the regular and usual scope of its operations, Heckman Cattle seeds, raises, harvests and processes grains and forage for feed for its livestock. In a typical year, Heckman Cattle will harvest 4500 tons of hay therefor.

13. Machinery and equipment play a crucial role in the efficiency and productivity of cattle companies and farmers, such as Plaintiff Heckman Cattle. Such equipment is essential for improving efficiency, productivity, sustainability, and the overall welfare of livestock in cattle

Complaint -4-

companies and farming operations. It helps make tasks more manageable, ensures better resource utilization, and ultimately supports the success of these businesses. Machinery like that which is the subject to this litigation is usually beneficial to cattle operations.

14. Plaintiff Dion Heckman has an ownership interest in Heckman Cattle, which is a businesses involved in raising, managing, selling and transporting cattle. Plaintiff Dion Heckman is also an employee of Heckman Cattle. Through ongoing normal business operations, Heckman Cattle purchases machinery to save time, reduce labor costs, and handle heavy or repetitive tasks that would be too slow or difficult for individual workers to do alone, or with any cost efficiency.

15. On or about August 8, 2022, Plaintiff Heckman Cattle purchased a piece of Defendant ARGO's equipment from Diesel and Machine, called a Massey Ferguson Windrower WR235, with a Twinmax Header, for the total amount of $207,654.00 (hereinafter referred to as the "Swather"). After some trade in allowances provided for by Diesel and Machine, Plaintiff Heckman Cattle was required to pay the amount of $180,654.00 to complete the purchase, which is documented by the August 8, 2022, Dealer's Retail Purchase Order attached hereto as **Exhibit A** and incorporated herein by reference. On April 27, 2023, Heckman Cattle made the $180,654.00 payment to Diesel and Machine, bringing the total value paid to Diesel and Machine for the Swather to $207,654.00. Said April 27, 2023 payment is documented by copy of the check to Diesel and Machine from Heckman Cattle attached hereto as **Exhibit B** and incorporated herein by reference.

16. The Swather was delivered to Plaintiff Heckman Cattle in April of 2023.

17. Shortly after delivery, Plaintiffs were informed by a technician from Diesel and Machine that Defendant AGCO was advising there was a problem with steering on the new

Complaint -5-

Swather. The technician proceeded to run the WR235 engine on Plaintiff's Swather while lifted on Jack Stands for 21 hours, and found no issues or problems, and assured Plaintiffs that according to AGCO, the Swather was "okay" for use.

18. On or about July 3, 2023, Plaintiff Dion Heckman was driving the Swather, manufactured and distributed Defendant AGCO, in second gear, going up a steep hill at approximately 19 miles per hour, when Plaintiff heard a sudden, horrible squealing noise underneath the floor panel, the Swather swerved uncontrollably, and was violently spun to the left into a rock bluff, causing severe injuries to Plaintiff Dion Heckman, and damage to the Swather.

19. At the time of the incident, the Swather had approximately 60 hours of use and was being operated in a manner consistent with its intended purpose and within the scope of its design.

20. Plaintiffs are informed and believe that the Swather suddenly and without warning swerving out of control as set forth above was due to defects in its design and/or manufacture and/or assembly, thereby proximately causing it to crash into the rock bluff.

21. As a result of the force of the impact of the Swather with the rock bluff, Plaintiff Dion Heckman was violently thrown within the cab of the Swather, sustaining severe injuries.

22. Following the crash, Plaintiff Dion Heckman was transported to St. Mary's Hospital where he was treated for his injuries.

IV.

CAUSE OF ACTION: BREACH OF CONTRACT
(Against Defendant Agri-Service, LLC)

23. Plaintiffs reallege and incorporate by reference Paragraphs 1 through 22 above as

Complaint -6-

though fully set forth herein.

24. A valid contract existed between Plaintiff Heckman Cattle and Defendant Agri-Service's predecessor-in-interest Diesel and Machine for the sale of the Swather, as evidenced by **Exhibit A** and **Exhibit B.**

25. Plaintiffs fully performed their contractual obligations, including tendering full payment.

26. Defendant Agri-Service's predecessor-in-interest Diesel and Machine breached the contract by delivering a machine that was not fit for its intended purpose and failed to perform as warranted.

27. As a direct and proximate result of Defendant's breach, Plaintiffs have suffered financial loss, including the value of the Swather, loss of use, consequential damages, medical expenses, and other economic and non-economic damages to be proven at trial.

V.

<u>SECOND CAUSE OF ACTION — STRICT PRODUCT LIABILITY</u>
(Against Defendant AGCO Corporation)

28. Plaintiffs reallege and incorporates by reference all preceding paragraphs as though fully set forth herein.

29. Defendant AGCO designed, manufactured, assembled, distributed, and sold the Swather in question.

30. The Swather was defective in design and/or manufacture and/or assembly, rendering it unreasonably dangerous for its intended use.

31. The defects existed at the time the Swather left the possession of Defendant AGCO.

Complaint -7-

32. The Swather reached Plaintiffs without substantial change in its condition.

33. The defects caused the Swather to become uncontrollable, leading directly to the crash and Plaintiffs injuries.

34. As a direct and proximate result of the defects, Plaintiffs suffered physical injury, damage to the aforementioned Swather, loss of the Swather, loss of use of the Swather, additional equipment cost damages, pain and suffering, medical expenses, cost damages to replace labor otherwise provided by Plaintiff Dion Heckman unperformable due to his injuries, lost wages, economic and non-economical damages, and other damages in an amount to be determined at trial.

V.

THIRD CAUSE OF ACTION — NEGLIGENCE
(Against Defendant AGCO Corporation)

35. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

36. Defendant AGCO owed a duty to design, manufacture, assemble, test and sell machinery that was safe for its intended use and free from unreasonable defects.

37. Defendant breached that duty by negligently designing, manufacturing, assembling and/or failing to adequately test the Swather.

38. Defendants further failed to warn of foreseeable dangers associated with the Swather.

39. Defendants' negligence was the direct and proximate cause of the injuries and damages suffered by Plaintiffs.

Complaint -8-

VI.

PRAYER FOR RELIEF

Plaintiffs pray for a Judgment against Defendants jointly and severely as follows:

1. For actual damages to property including loss of use, economic damages, including medical, loss of income, and other economic damages, and non-economic damages, and other damages as herein alleged, all in amounts that will be proven at the time of trial.

2. For an award of attorney's fees and costs, pursuant to the Idaho Rules of Civil Procedure.

3. For other such relief as the Court may deem just and equitable.

DATED This 23rd day of June, 2025.

CLARK AND FEENEY, LLP

By: /s/ Paul Thomas Clark
Paul Thomas Clark
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial of all issues in this cause and state pursuant to Rule 38(b) of the Idaho Rules of Civil Procedure; that said Plaintiffs will not stipulate to a jury of less than twelve (12) persons in number.

DATED this 23rd day of June, 2025.

By: /s/ Paul Thomas Clark
Paul Thomas Clark
Attorney for Plaintiff

Complaint -9-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501




# DEALER'S RETAIL PURCHASE ORDER

DATE 8/8 20 22

SALESMAN'S INITIALS: JB
ORDER NUMBER:
DELIVER ON OR ABOUT:

**DEALER: DIESEL AND MACHINE, INC.**
227 20TH STREET NORTH
LEWISTON, IDAHO 83501
(208) 743-7171

**PURCHASER:**
NAME: Heckman Cattle Co
ADDRESS - STREET OR ROUTE: Heckman Lane #4 P.O. Box 87
CITY: White Bird   STATE/PROV: ID   ZIP: 83554
COUNTRY:
PHONE: 208-879-2258

| PRICE OF MACHINERY | 207,654.00 |
| --- | --- |
| FREIGHT HANDLING | $ |
| TOTAL CASH PURCHASE PRICE | $ |
| TRADE-IN ALLOWANCE | $ 27,000 |
| TRADE DIFFERENCE | $ 180,654 |
| TAX (TOTAL OR TRADE DIFFERENCE) | $ |
| TOTAL AMOUNT DUE | $ |
| CASH WITH ORDER | $ |
| CASH ON DELIVERY | $ |
| BALANCE DUE | $ 180,654 |

I (we) the undersigned, hereby order from you the Equipment described below to be delivered as shown above. This order is subject to your ability to obtain such Equipment from the manufacturer, and you shall be under no liability if delivery of the Equipment is delayed or prevented due to labor disturbances, transportation difficulties or for any other reason.

USED MACHINERY, IF ANY, INCLUDED IN THIS ORDER MUST BE CLEARLY INDICATED AS "USED"
MACHINERY DESCRIBED AS "NEW" ON THIS PURCHASE ORDER DOES NOT NECESSARILY MEAN THE EQUIPMENT WAS MANUFACTURED IN THE CURRENT YEAR.

| QTY. | CATALOG NO. | EQUIPMENT | SERIAL NO. | AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | | WR235 Windrower Order # 1793893 | | |
| 1 | | 9316D Twinmax Header Order # 1793899 | | 207,654 |
| | | Rear Steering Quick Couplers | | |
| | | Quote # QQ061342 | | |
| | | PRICE OF MACHINERY | | $ |

**BILL OF SALE FOR EQUIPMENT TAKEN IN TRADE**
For value received I/We hereby bargain and sell, grant and deliver to the DEALER named above the following listed machines and certify that each is free of any encumbrance or lien unless otherwise noted.

| | Serial No. | Amount |
| --- | --- | --- |
| 1994 MACDON 9000 w/922 14' | | 20,000 |
| R23A VERMEER Rake - twin Bskt Hyd drive | | 7,000 |

PRICE IS SUBJECT TO INCREASE ON OR BEFORE DATE OF DELIVERY, IF A PRICE INCREASE IS IMPOSED ON DEALER BY MANUFACTURER ON OR BEFORE DATE OF DELIVERY.

I (we) promise to pay the balance due or, in lieu thereof, to execute a time sale or equipment lease agreement which is accepted by a sales finance company or similar financial institution for the purchase or lease price of the Equipment, plus additional charges, if any. Despite a possible physical delivery of the Equipment, title shall remain in the seller until one of the foregoing is accomplished.

**ROPS For Used Tractor:**
I have elected not to purchase ROPS (Rollover Protection) for any used tractor. I acknowledge that its availability and significance as a safety feature has been discussed with me or is already known to me.
SIGNATURE:

Delivery March 2023
Final Quote Pending Trades

pd ck 9219 4-27-23

Accepted by [signature] DEALER
X [signature] (PURCHASER'S SIGNATURE)
(All parties to this order must sign above)

\* This form is not to be used for Retail/Warranty Registration

## EXHIBIT A

FORM NUMBER 79018600
DATE 5-2004 Rev.

**HECKMAN CATTLE CO.**
P. O. BOX 87 · PH. 208-839-2386
WHITE BIRD, ID 83554

9219
92-379/1241 3358

DATE April 27, 2023

PAY TO THE ORDER OF __Diesel & Machine__ | $ ~180,654.00

__One Hundred Eighty Thousand Six Hundred Fifty Four +00/100__ DOLLARS

Wells Fargo Bank, N.A.
Idaho
wellsfargo.com

FOR _WR235 Windrower swathes._

⑈0000009219⑈ ⑆124103799⑆ 8970567940⑈

**EXHIBIT B**